UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLORISTEAN McMILLAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                       /

Case No. 16-12886

Honorable Nancy G. Edmunds

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## JUNE 12, 2017 REPORT AND RECOMMENDATION [20]

In a report and recommendation ("R & R") issued on June 12, 2017, Magistrate Judge Patricia T. Morris recommends that the Court deny Plaintiff Floristean McMillan's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R, and the deadline for doing so has passed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). Nonetheless, having reviewed the R & R, the parties' underlying summary judgment motions, and the administrative record, the Court concurs in the Magistrate Judge's analysis, and therefore ACCEPTS and ADOPTS the Magistrate Judge's R & R.

Accordingly, it is hereby ordered, for the reasons stated in the R & R, that Plaintiff's January 15, 2017 motion for summary judgment [15] is DENIED, that Defendant's February

17, 2017 motion for summary judgment [18] is GRANTED, and that the administrative decision denying Plaintiff's claim for benefits is AFFIRMED.

    SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: July 17, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 17, 2017, by electronic and/or ordinary mail.

                                  s/Carol J. Bethel
                                  Case Manager